IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN YEALEY,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-418-slc

This action came for consideration before the court with Magistrate Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Susan Yealey attorney fees in the amount of $6,016.60 and $400 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

8/17/2017
Date