IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN YEALEY,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.

        Case No. 16-cv-418-slc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Susan Yealey's attorney, Dana Duncan, a representative fee in the amount of $9,200 under 42 U.S.C. § 406(b).

| s/ K. Frederickson, Deputy Clerk | 9/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |